**THIS REPORT IS PROVIDED FOR THE PURPOSE OF BAIL DETERMINATION ONLY AND SHALL OTHERWISE BE CONFIDENTIAL PURSUANT TO 18 U.S.C. § 3153(c)(1) AND THE CONFIDENTIALITY REGULATIONS ISSUED BY THE DIRECTOR OF THE ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS ON JUNE 10, 1985. REPRODUCTION OF THIS DOCUMENT IS PROHIBITED, THIS REPORT IS NOT A PUBLIC RECORD, AND THE CONTENT MAY NOT BE DISCLOSED TO OTHER PERSONS.**

## PRETRIAL SERVICES REPORT

| District/Office<br>Eastern District of North Carolina/Raleigh | Charge(s) (Title, Section, and Description)<br>**Count 1:** Possession of a Firearm by a Convicted Felon<br>18 U.S.C. §§ 922(g)(1) and 924 |
|---|---|
| Judicial Officer<br>Honorable James E. Gates<br>U.S. Magistrate Judge | |
| Docket Number (Year – Sequence No. – Def. No.)<br>5:17CR00414-1 | |

## DEFENDANT

| Name<br>Hykeem Henderson | | Age<br>27 | Sex<br>Male |
|---|---|---|---|
| Other Names on Charging Document | | Citizenship: U.S. Citizen | |
| | | Employer/School<br>Unemployed since 2016 | |
| Address<br>203 Burwell Avenue<br>Henderson, NC 27536 | | Employer/School Address<br>Not applicable | |
| At Address Since<br>July 2016 | Time in Community of Residence<br>Life | Monthly Income<br>$0.00 | Time with Employer/School<br>Not applicable |

## INTRODUCTION:

The defendant was interviewed on January 2, 2018, in Raleigh, North Carolina. Verifications were obtained from the defendant's mother, Erica Henderson; the North Carolina Department of Public Safety (NCDPS); the North Carolina Employment Security Commission (NCESC); the North Carolina Division of Motor Vehicles (NCDMV); and automated records.

## SECURITY THREAT GROUP:

None known.

## DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:

Unless otherwise noted, the following information was verified by the defendant's mother, Erica Henderson.

The defendant, age 27, advised he was born on November 23, 1990, in Henderson, North Carolina, to the non-marital union of David Chavis, Sr., and Erica Henderson. The defendant reported he was reared by his mother who struggled to provide financial support. Henderson stated his father is currently incarcerated at the Vance County Jail in Vance County, North Carolina. He reported his mother, 45, lives in Henderson and is employed at Altec in Creedmoor, North Carolina. The defendant stated he has a maternal half-brother and a paternal half-brother who reside in Henderson. Ms. Henderson advised she maintained weekly contact with the defendant.

The defendant reported he is a lifelong resident of Henderson. He stated that prior to his arrest, he lived with his mother in a rental home on Burwell Avenue in Henderson. Should he be granted pretrial release, Henderson wishes to return to this residence.

The defendant advised he has never been married. Henderson reported he has one daughter, Armani Henderson, 4, who lives with her mother, Jacklyn Hill, in Oxford, North Carolina. The defendant denied being ordered to pay child support. Additionally, the defendant reported Mercedes Perry is pregnant with his second child and is due in March 2018.

The defendant graduated from Southern Vance High School in Henderson in 2010. He reported no marketable skills.

## TRAVEL/PASSPORT:

Unless otherwise noted, the following information was verified by the defendant's mother, Erica Henderson.

The defendant reported he does not have a U.S. passport and has never traveled outside of the United States. The extent of domestic travel, if any, is unknown.

## THIRD PARTY CUSTODIAN:

The proposed third-party custodian is the defendant's mother, Erica Henderson. Ms. Henderson reported she lives alone on Burwell Avenue in Henderson. She stated she has a registered firearm, but she is willing to remove the weapon from her home. She indicated she does not allow drugs in her home. Ms. Henderson reported she is employed at Altec where she works Monday through Friday, 6:00 a.m. until 2:30 p.m., and occasional Saturdays. A record check conducted on Erica Henderson revealed convictions for a Noise Ordinance Violation (1997), three counts of Simple Worthless Check (1998), Drinking Beer or Wine While Driving and Failing to Comply With License Restrictions (1998), and two counts of Possession of Stolen Goods or Property (2002 and 2012). Additionally, she was convicted of numerous traffic offenses between 1997 and 2013. In addition to numerous dismissed traffic offenses, Ms. Henderson has dismissed charges for Simple Assault (1997), Possession of Stolen Goods or Property and Obtaining Property by False Pretense (2002), Obtaining Property by False Pretense (2002), and Forgery of an Instrument and Uttering a Forged Instrument (2003). She was also found not guilty of Fictitious, Canceled, Revoked, or Altered Registration Card or Tag (1996) and Fictitious Information to an Officer (2003).

## EMPLOYMENT HISTORY / FINANCIAL RESOURCES:

Unless otherwise noted, the following information was verified by the defendant's mother, Erica Henderson, or by records from the NCESC.

<u>December 29, 2017, to present</u>: The defendant is detained.

<u>2016 to December 28, 2017</u>: Henderson reported he was unemployed and financially supported by his mother.

<u>2016</u>: The defendant reported he was employed full-time at High Power in Oxford for four and one-half months. As a solar-panel installer, he reportedly earned $12.90 hourly, and was terminated from this position. Records from the NCESC revealed the defendant earned a total of $600 while employed at Triad Incorporated America based in Castle Rock, Colorado. This employment appears to be related to the defendant's reported employment at High Power.

<u>2011 to 2013</u>: Henderson reported he was employed at Revlon in Oxford via a temporary agency. He reportedly earned $7.25 hourly. This information remains unverified. The defendant also reported he was employed by Staffmark in Henderson. Records from the NCESC revealed the defendant earned a total of $2,421.52 in 2011 and $9,936.15 in 2012 at Staffmark.

<u>November 2010 to March 2011</u>: The defendant reported he was employed at Walmart in Oxford. As a stocker, he reportedly earned $7.95 hourly. He advised he was terminated for missing a day of work. Records from the NCESC revealed he earned a total of $1,596.39 in 2010 and $3,383.45 in 2011.

No additional employment was reported by the defendant. Henderson indicated he was financially supported by his mother.

**Finances:**

The defendant reported no income, assets, liabilities, nor monthly expenses. He advised he was financially supported by his mother.

**HEALTH:**

**Physical Health:**

The defendant reported he sustained a gunshot wound in 2011. Although he advised he made a full recovery, he reportedly still suffers from back pain.

**Mental Health:**

There is no evidence to suggest the defendant has a current or past mental health condition.

**Substance Abuse:**

The defendant reported the following substance abuse:

| Drug Name | Frequency Used | Last Used |
|---|---|---|
| Alcohol | Unspecified quantity, occasionally | November 23, 2017 |
| Cannabinoids | 1 or 2 "blunts," daily | December 29, 2017 |

The defendant reported he attended narcotics anonymous and alcoholics anonymous in 2016 while on post-release supervision. The defendant's mother reported she was aware of his marijuana use. She indicated she would like for him to receive drug treatment and she does not approve of this behavior.

**PRIOR RECORD:**

A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed the following arrest history.

| Date of Arrest | Conviction/ Court | Date Sentence Imposed/Disposition |
|---|---|---|
| 05/12/2013 (Age 22) | Carrying a Concealed Weapon (M) 13CR701914 Vance County District Court, Henderson, NC | 09/10/2013: Pled guilty 15 days custody, suspended, 6 months unsupervised probation |

The offense occurred on May 12, 2013.

| | | |
|---|---|---|
| 02/25/2015 (Age 24) | Breaking and Entering (F) 15CRS50306 Common Law Robbery (F) 15CRS50307 Granville County District Court, Oxford, NC | 07/29/2015: Pled guilty 13 to 25 months custody 03/26/2016: Released to post-release supervision 12/21/2016: Post-release supervision closed |

The offenses occurred on February 25, 2015. Henderson was originally charged with First Degree Burglary (15CRS50306) and Robbery With a Dangerous Weapon (15CRS50307), but pled guilty to the lesser offenses noted above.

Supervision Adjustment: The defendant allegedly violated the conditions of post-release supervision by failing to pay a monetary obligation and testing positive for drug use.

The defendant was also convicted of offenses in the following North Carolina counties: <u>Alamance</u>- Speeding (12CR708428); <u>Franklin</u>- Speeding (14IF702436); and <u>Vance</u>- Improper Equipment (10CR704987).

**PENDING CHARGES:**

On June 1, 2017, in Vance County, North Carolina, the defendant was charged with Carrying a Concealed Gun (17CR450). Additionally, on September 22, 2017, he was charged with Possession of a Firearm by a Felon (17CR51553). The offenses, which appear related to the instant offense, allegedly occurred on June 1, 2017, and remain pending.

**OTHER ARRESTS:**

The defendant has dismissed charges in the following North Carolina counties: <u>Granville</u>- Expired Registration Card or Tag (14CR2209); and <u>Vance</u>- Failure to Disperse on Command (11CR50226), Canceled, Revoked, or Suspended Certificate or Tag and Operating a Vehicle With No Insurance (11CR705111), Discharging a Weapon Into an Occupied Property and Discharging a Firearm in the City (13CRS50339), and Resisting a Public Officer (17CR700233).

Records from the NCDMV reflect the defendant failed to appear on two occasions for traffic offenses.


**ASSESSMENT OF NONAPPEARANCE:**

There are no known factors indicating the defendant poses a risk of nonappearance.

**ASSESSMENT OF DANGER:**

The defendant poses a risk of danger for the following reasons:

1. Nature of the Instant Offense
2. Prior Arrests and Convictions
3. Substance Abuse History
4. Pattern of Similar Criminal Activity History
5. Allegedly Committed the Instant Offense Within 6 Months of Competing Post-Release Supervision

**RECOMMENDATION:**

There is no condition or combination of conditions to reasonably assure the safety of the community. Therefore, I respectfully recommend the defendant be detained.

Respectfully submitted,

/s/ Alicia Elsenheimer
U.S. Probation Officer


Approved:

/s/ Marianna G. Burnette
Supervising U.S. Probation Officer

4372603 1/4/2018 3:55 PM